DECISION RE DISMISSING CASE Based on the decision in In re Mills, Case No. 06-00079 (Bankr. D.D.C. Apr. 20, 2006), the court rejects the arguments presented in opposition to the trustee's motion to dismiss, declines to sign the proposed order below, and declines to dismiss the case as void ab initio.
Dated: April 20, 2006.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

WILSON A. CASTELLI

    Debtor.

Case No. 06-0080
Chapter 13

**ORDER**

Upon consideration of the Chapter 13 Trustee's Motion to Dismiss and Debtor's Amended Opposition thereto, it is,

ORDERED, that said motion be and hereby is denied.

Michael R. Murphey, Esq.
1320 19th Street NW
Suite 202
Washington, DC 20036

Wilson A. Castelli
1711 Massachusetts Ave NW #602
Washington, DC 20036

Cynthia A. Niklas, Esq.
4545 42nd Street NW
Suite 211
Washington, DC 20016

**End of Order**